MORTE (ALICE v.). See Case No. 198.

MORTE (SAWYER v.). See Case No. 12,401.

MORTEE (POWERS v.). See Case No. 11,-362.

## Case No. 9,863.

### MORTIMER v. ROSSTEUSCHER.

[This was a decision by one of the courts of Dakota Territory. See 1 West. Jur. 359.]